IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America,                 )<br>                                                          )<br>             Plaintiff,                       )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>                                                          )<br>Darren Henry Strouse,                     )<br>                                                          )<br>             Defendant.                     ) | **ORDER ADOPTING<br>REPORT AND RECOMMENDATION**<br><br>Criminal No.  2:04-cr-84-02 |

Before the Court is a Petition alleging numerous violations of Defendant's conditions of supervised release.  On April 5, 2007, the Court received a Report and Recommendation (Doc. #114) from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (2002), recommending that Defendant's term of supervised release be revoked and that he be ordered to serve eleven months in custody.  Pursuant to Local Rule 72.1(E)(4), Defendant filed an objection to the Report and Recommendation, (Doc. #116) arguing a sentence of eleven months is excessive.

The Court has reviewed the Report and Recommendation, along with the entire file, and concludes that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Defendant's term of supervised release is **REVOKED**, and he is **ORDERED** to serve eleven months in custody, with credit for time served since his arrest on this Petition, which occurred on March 14, 2007.  After completion of his term of incarceration, Defendant will be subject to no additional term of

1

supervised release.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2007.

    /s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court